# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MAINE COAST MEMORIAL HOSPITAL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 1:13-cv-00138-NT<br>) |
| KATHLEEN SEBELIUS, Secretary, U.S. Department of Health and Human Services, | )<br>)<br>) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 13, 2013, her Recommended Decision (ECF No. 25). The Plaintiff filed its Objection to the Recommended Decision (ECF No. 26) on November 26, 2013. The Plaintiff filed her Response to the Defendant's objections (ECF No. 28) on December 12, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary. It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge is hereby AFFIRMED;

2. Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 13) is DENIED;

3. The Defendant's Motion for Judgment on the Administrative Record (ECF No. 14) is GRANTED;

4. Plaintiff's Motion for Oral Argument (ECF. No 27) is DENIED; and,

5. The Secretary's administrative decision is hereby AFFIRMED.

SO ORDERED.

/s/ Nancy Torresen
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2014.